AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America
v.

JAMES HAMILTON

Case No: 3:10-cr-119(2)

USM No: 68753-061

Date of Original Judgment: 01/31/2011
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Gordon G. Hobson
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  24 months on Count 6  **is reduced to**  19 months on Count 6  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/31/2011  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/04/2015

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Walter H. Rice, United States District Judge
*Printed name and title*